UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANIEL D. RICHMOND,<br><br>Plaintiff,<br><br>v.<br><br>PROCOLLECT, INC.,<br><br>Defendant. | Case No.: 2:17-cv-1570-pp<br><br>Honorable Judge Pamela Pepper |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DANIEL D. RICHMOND and the Defendant, PROCOLLECT, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 30, 2018                    Respectfully Submitted,

**DANIEL D. RICHMOND**                **PROCOLLECT, INC.**

*/s/ Marwan R. Daher*                    */s/ John Bowdich (with consent)*
Marwan R. Daher                           John Bowdich
*Counsel for Plaintiff*                      *Counsel for Defendant*
Sulaiman Law Group, Ltd.              Bowdich & Associates, PLLC
2500 S. Highland Ave., Ste. 200      10440 N. Central Expressway, Suite 1540
Lombard, Illinois 60148                   Dallas, Texas 75231
Phone: (630) 575-8181                    Phone: (214) 307-9500
mdaher@sulaimanlaw.com             jbowdich@bowdichlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

        *s/ Marwan R. Daher*
        Marwan R. Daher